# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PLAINS TOWNSHIP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED AND PLYMOUTH BOROUGH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : : : : : : : | No. 8 MAP 2017<br><br>Appeal from the Order of the Commonwealth Court at No. 350 MD 2016 dated January 24, 2017 |
| Appellants | : : : : | |
| v. | : : : | |
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA F/K/A BLUE CROSS OF NORTHEASTERN PENNSYLVANIA, A PENNSYLVANIA NONPROFIT CORPORATION AND ALLONE FOUNDATION, A PENNSYLVANIA NONPROFIT CORPORATION, AND ALLONE CHARITIES, A PENNSYLVANIA NONPROFIT CORPORATION AND COMMONWEALTH OF PENNSYLVANIA, BY ITS OFFICE OF ATTORNEY GENERAL, | : : : : : : : : : : : : : : : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                **DECIDED:  November 22, 2017**

    **AND NOW,** this 22nd day of November, 2017, the order of the Commonwealth Court is **AFFIRMED**.

    Justice Todd did not participate in the consideration or decision of this case.